**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

MARY BIERD,

                Plaintiff,              19-cv-4776 (JGK)

     - against -               <u>ORDER</u>

**CREDIT COLLECTION SERVICE,**

                Defendant.
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Clerk is directed to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 17, 2020**          _____/s/ John G. Koeltl_____
                                                     **John G. Koeltl**
                                      **United States District Judge**